# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| ROBERT W. KARR & ASSOC., LTD. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1197 |
| DAVID A. NOVOSELSKY | JUDGE JOHN F. GRADY |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to dismiss the complaint, which is converted into a motion for judgment on the pleadings, is granted.

Michael W. Dobbins, Clerk of Court

Date: 7/14/2008

/s/ Sonya Banks, Deputy Clerk